ROBERT GOOD *et al.*, Plaintiffs-Appellees, v. BLOUNT CONSTRUCTION COMPANY OF BLOUNT, INC., Defendant and Third-Party Plaintiff-Appellant (Ceco Corporation, Third-Party Defendant-Appellee).

Second District   No. 2—93—0386

Opinion filed May 2, 1994.

Pursuant to Supreme Court order of 10/28/94, the opinion filed by this court on May 2, 1994, is hereby withdrawn.